FILED
ASHEVILLE, NC

AUG 17 2026

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

PRISONER CIVIL RIGHTS ACT COMPLAINT FORM
42 U.S.C. §1983
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Warren R Newell
(Enter above full name of Plaintiff/only One plaintiff permitted per complaint.)

v.

Case No. 1:26-cv-00234-MEO

Swain County Sheriff office
Transport officers Swain County
Federal Marshals
(Enter above full name of defendant or defendants.)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ✓ ) No ( )

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit describe the additional lawsuits on an additional sheet of paper, using the same outline.

1. Parties to previous lawsuits:
Plaintiffs: Fileing Civil Action on Swain County

Defendants: Swain County Sheriffs office / Transport officers
Federal Marshals / Swain County Detetion Medical

2. Court (if federal court, name the district; if state court, name the county): Swain County

3. Docket number: ?

4. Name of presiding judge: ?

5. Disposition (for example, was the dismissed? Appealed? Is it still pending?)
Still Pending Did Not Receive case No# or Judges Name

6. Approximate date of case filing: Waiting on Return Fileing - 8-2-26

II. PREVIOUS IN FORMA PAUPERIS LAWSUITS

A. While incarcerated or detained in any facility, have you filed a lawsuit in any federal court in which you were allowed to proceed in forma pauperis (without prepayment of fees)?
Yes ( ) No (✓)

1. Name the court and docket number for each: ? Dont Know
All Records were Destroyed in Hurricane HelenA

B. Were any of these cases dismissed under 28 U.S.C. §1915(d) on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted?
Yes ( ) No ( )

1. If yes, how many? Dont Know ?

2. Name the court and docket number for each action: Dont Know ? Records were Destroyed

III. EXHAUSTION OF INMATE ADMINISTRATIVE REMEDIES

A. Did you present the facts of each claim relating to your complaint to the Inmate Grievance Commission or any other available administrative remedy procedure?
Yes (✓) No ( )

B. If your answer is Yes:

1. When did you file your grievance?
June 18th 2026 / 7-4-26 /

2. What was your grievance?
Greived the issue why I was not taken Emedeatly to the hospital and my Rib felt Broken and could not Breath. I was transfered the NextDay June 20, 2026

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure? Yes ( ) No (✓)

If yes, when was the decision and what was the result?
Was Transfered so I could not

C. If your answer to A is no, identify the claim(s) and explain why not:
I had a sezure in the Boxed in Van. Filed a Grivance and was Shiped / Transfered the few days after. It / in my transfer file I cannot Be Transfern in a Dog Box type Transfered Due to Sezure Activity. I did not Finish my Exhaustion of Inmate Administration Remedies "Beacuse" I was told By marshals that Swain County Did not want to House me due to my Sezure that I had on 6-17-26 in the Swain County Hospital Emergency Room

## IV. PARTIES

A. Plaintiff's Name: WARREN ROSSLYN NEWELL

Address/Place of Confinement: 440 HAMMOC RD LONDON KY 40741
LAUREL CORRECTIONS

B. Defendant(s)

Name of Defendant 1: SWAIN CO Sheriff office / TRANSFERS officers / FEDERAL MARSHALS /
Position: TRANSFER officers / MEDICAL DEPT
Place of Employment: SWAIN CO Sheriffs office SHERIFF - BRIAN KIRKLAND
Current Address: SF #1, 95 BRENDLE ST, BRYSON City 28713

Additional Defendant(s) provide name, position, place of employment, and current address for each.

Defendant 2: TRANSFER officers - SWAIN COUNTY - Will not Give me offices NAME
Employment - SWAIN county sheriffs office
ADRESS - SF #1 95 Brendle st / Bryson City 28713
Officers that Transported me on 6-17-26 from SWAIN county Detention center to Federal court

Defendant 3: FEDERAL MARSHALS That ARE Responsible for where AN Inmate gets TRANSFERED TOO AND From County JAILS TO FEDERAL Court
Employment - FEDERAL MARSHAL SERVICES
ADRESS - 100 OTIS ST Asheville NC 28801

Defendant 4: SWAIN CO Detention MEDICAL Staff (BETH)
Employment - SWAIN County Detention Center Medical Department
ADRESS - SF. #1, 95 Brendle St. Bryson City 28713

(Continue on separate sheet if necessary.)

## V. STATEMENT OF CLAIM

State here as briefly as possible the FACTS in your case. Do this by describing how each defendant named in Section IV B. above is personally involved in depriving you of your rights. All relevant times, dates, and places should be included. YOU MAY, BUT NEED NOT, GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. You may only combine claims involving events that relate to all defendants. Number and set forth each separate claim in a separate paragraph. Unrelated claims involving separate events must be set out in a separate complaint. (Attach additional sheets if necessary.)

1. TRANSFER officers DID NOT Stop Vehicle while I WAS HAVING A SEZURE. They Waited 30 minniutes Before They ARIVED in Bryson City Hospital Emergency Room in Bryson City. The Dispach Told TRANSPORTS To (Do Not) stop Veichele. I Began Having sezure in Waynesville N.C. They Passed several Hospitals Nor Did They Pull over, CAll 911 To Assist me While HAVING A Life Threatning Epileptic sezure. "FACT" From X Ray - Broken Rib CANOT Breath As of 7-25-26 severe Migrane Headaches, Blood comming From my Stool, Throat Problems CANNOT swallow without Aid of WATER. All since Sezure more extreem. Have Pins in Wrist Were not locked. Emergency Room DR Miley, KATHRYN At SWAIN COUNTY Community Hospital ON 6-17-26 At 13:27 Told officers TO uncuff me Beacuse cuff were Not locked And Left wrist Having Pin in my wrist were the color Blue And swollen. During Sezure My throat is so Pain Full To Swallow I hurt my Throat During This sezure Bawling Around in A Metal Box for over 1/2 Hour Before even Being seen By Professional Medical E.M.S. TRANSFERS

# V. STATEMENT OF CLAIM

Continue From PG 4

TO A Suitable Facility To Be Administered my Psy meds. All This Does or is Related in The Same Incident or Issue.

1. Non Compliance with Proper Procedures of Transfering An Inmate in An Emergency
2. Broken Rib (Documented) No Xtra Matress, No Wrap, No Pain medications, Nothing
3. Throat Problems Since Incident (Worseing Daily) AND severe migraines Since Sezures
4. Blood in Stool More so Since Incident
5. Being Ignored To get Medical Treatment By Swain County NC / Laurel County Ky /
6. Federal Marshals Retaliating Against me For A (medical condition) I have No controll over AND Sent me To A Facility That Does Not Give me my Percribed (Medications) Since 2002 AND A Judgement Stating That I (Have) To Take These psy meds. Will Not Return my family's calls who Are concerned For my Well Being. I have showed medical staff Documentation showing my (Perciption History) AND The court order from Judge Reidinger stating That I have To see A psy Professional AND take Percribed Psy meds. By The marshals Not Adressing this Issue I have Still Not Seen A Psy Professional. AND They Said They Did Receive my Medical File from Botner 1 F.C.I. (And Thats Not True) They Have A Medications List From Swain County who Did Not Send The Compleete File. I have Always At Every Facility. Swain - Cherokee - Buncombe - Transylvania in The Westen District of N.C. ALWAYS Gave me my meds Took me To The G.I. appointments AND Done what was Needed for my Medical Issues. The Marshals Sent me Far Away To A facility That They Know will Not Give me proper Medications, Medical Care, Doctor Appointments. The Said To me That They Did Receive A medical File from Butner 1 F.C.I Then stated Today That They Did Not Receive my PSY File. The Marshals Know That They were sending me To A facility That is not sufficent for my medical Needs. I Asked To Be sent To Butner 1 or 2 F.C.I medical Facility untill Im Going To court. Instead They sent me on what They call (Deisel Therapy) send me All over The country where None of my medical Needs can Be Met. Im Including All This with Laurel County Ky is Because They Received me From The Marshals AND The Problem / Issue Happened in Swain County is continueing Here From The problem in Swain So It is All in The Same Incident. Swain County Sheriffs Office (Transfers officers) / Swain County Medical (Beth) Federal Marshals - Retaliation - Swain County Sheriffs office

(1) (2) (3)
By Federal And State Procedures States To contact 911 / Dispatch / Hwy Patrol
To Show from The Statements That Swain County Never Allowed me To Acquire
The morning of The 6-17-26 I was Told By officers Transporting me That They Knew my
Medical Transfer File that I cannot Be placed in A Dog Box Container. That They were
Transfering A Female And I had To Be placed in The Back. I Stated Please Take me in
The S.U.V Transfer Veichele (That was Refused) The officer said if An Emergency
Arises To Beat on The walls To Alert Them. The Inmates Said That They Beat on The
walls of The Box And Told Them I was Having A Seizure. They Did Not stop To help me
The Transport Told me on (Record) At the Jail. That The Reason they Did Not stop was
Dispatch Told Them To (Do Not stop) untill Swain County / Bryson City Hospital. That was
(Dispatches call) Not his To Decide. I was Transfered A Few Days After [illegible] Incident
Happened. was Also told on Transfer Day that they Did Not want To Deal with my medical
Issues. That They Are Negligence of In The First place. By Doing so I have not Received
my Normal mental Health medications, Cannot Get Medical To help with my Broken Rib. Have
Restricted swallowing Due To Severe Contractions from The Seizure, And Blood in my Stool All
To Be Ignored. By me Having The Seizure The marshals Retaliated Against me And Transfered
me To Kentucky. will Not tell This medical Here That I'm Federally Court ordered To Take
Psy meds (By The FEDS) will Not Adress my Broken Rib Issue OR my Throat Issue
Family members Have called 15 Times To The marshals To get me Transfered

## VI. REQUESTED RELIEF

STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. YOU NEED NOT MAKE ANY LEGAL ARGUMENTS, OR CITE ANY CASES OR STATUTES.

#1. Because of my Medical Issues - Broke Rib Documented - Throat Dysphagia Since Incident + Blood in my Stool - Severe Headaches - wrist Re Injured I want To Be (Sent To Butner 1 or 2) for medical care That I'm Not getting here The medical Administration Here states it could Take months For A G.I. Doctor Visit I Need Medical Attention (Now)

#2 Move my Date up or Give me A court Date on my Revocation Hearing So I can Not Be held in A County Jail For Months waiting on A Revocation Hearing with Severe Medical Issues, or Release me To Attend my own medical Issues with Doctors of my choosing. or move me To Transylvania County They At least Take Care of my medical Needs

#3 Pay All my Medical Bills on Broke Rib / Throat Issues / wrist Issues / stool in my Blood Issues / Brain Issues with me having migraines After Accident. Need A Full Cat Scan And EEG of my Brain To See why After The seizure I'm Having These Severe migraine Headaches / Pain And Suffering

#4. Substantial Amount on A Claim of The Negligence of Swain County unprofessional Procedures - A Sum of Substantial Monies Decided By The Courts To Determine The Amount Allowed in This misjustice. And the Amount Determined By The Courts from The Retaliated Federal Marshals That Have Clearly Retaliated Against me For Having A Seizure That I cannot control And it was And is A Documented (Travel Transfer) Saying To Do Not Put me in A Dog Box Like Container where I cannot See Due To Documented Mental Health Issues And Seizures + Pain And Suffering

#5 A Substantial Amount of Monies on Laurel county Ky for Not Adressing my medical Issues That Arised From This same Incident That Accured in Swain County 6-17-26
They Know I was sent here By federal Marshals And Are Being Slow At My Issues To Hurt my Medical Situation in A Retaliation manner
They Also Should Be Responsible - Pain and Suffering

Date: 8-4-26

Signature: [signature]

Prison ID #: 29411-058