U.S. District Clerk

Here is my First 42 USC 1983 Enclosed you will Find A Hand written Affidavit To proceed in Forma Pauperis Enclosed Find A Self Adresse stamp Envelope To Return To me The copy For my Records

The 2nd Front Letter To you is Requesting What it is Requesting

Thank You For Your Time

Enclosed is - ① To Proceede in Forma Pauperis
② Grivance From Laurel county
③ offender Account Detail
④ 2 copies of 42 USC 1983
⑤ Page 3 - Extra Sheet statements of claim
⑥ Front Page To Clerk for 2 compleete 42 USC 1983 Forms

Front Page

United States Western District of North Carolina
Asheville Division

U.S Clerk

Im Requesting ~~2~~ Two full copies of 42 U.S.C § 1983 Prisoners Civil Rights Act Complaint Form

And ~~2~~ Two full copies - Application To Proceed in District court Without Prepaying fees or Cost

Im Asking for All 5 Pages Including Front Page with Instructions for filing the 42-U.S.C § 1983 And 2 Compleet forms to file in Forma Pauperis to Attach to the 1983 format

Thank You for Your Time.

Warren Newell

I constantly Being transfered my current adress Is

Warren R. Newell
440 Hammoc RD
London, Ky 40741

Please send me These Documents To This adress or Plz Look up my current adress since Im in Federal custody

Thank You