Warren Newell
440 Hammoc RD
London, Ky 40741

RECEIVED
ASHEVILLE, NC
AUG 17 2026
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

KNOXVILLE
37950
AUG 7 2026

UNITED STATES OF AMERICA
FOREVER/USA

UNITED STATES OF AMERICA
FOREVER/USA

UNITED STATES OF AMERICA
FOREVER/USA

This item mailed from USPS
Laurel Co. Detention Center

KNOXVILLE
AUG 7 2026
USPS

LEGAL MAIL

U.S. District Clerk
Asheville Division
100 Otis St, Rm. 309
Asheville N.C.
28801