UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
ROOM 210, CHARLES R. JONAS BUILDING
401 WEST TRADE STREET
CHARLOTTE, NORTH CAROLINA 28202

OFFICIAL BUSINESS

FILED
CHARLOTTE, NC

SEP 29 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

Legal Mail

CHARLOTTE NC LPC 281
18 SEP 2026 PM 03

quadient
FIRST-CLASS MAIL
IMI
$001.07
09/17/2026 ZIP 28202
043M31249186
US POSTAGE

RTS

Warren R. Newell
Laurel County Corrections
440 Hammock Rd
London, KY 40741

NIXIE 372 DC 1 0009/24/26
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 28202163399 *3733-13611-18-43

UTF
28202>1633