UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:26-cv-00234-MEO

| | | |
|---|---|---|
| **WARREN R. NEWELL,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**SWAIN COUNTY SHERIFF'S OFFICE, et al.,**<br><br>**Defendants.** | ) | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's "Motion Application to Proceed In Forma Pauperis" [Doc. 3].

The pro se Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983. [Doc. 1]. The Plaintiff has filed a handwritten one-page Application to proceed in forma pauperis in which he conclusively states that he is indigent [Doc. 3], and a copy of his Prisoner Trust Fund Account Statement [Doc. 4].

Federal courts can allow a litigant to prosecute or defend a civil action without paying the usual required fees if the litigant submits an affidavit containing a statement of the litigant's assets and demonstrating that he cannot afford to pay the required fees. 28 U.S.C. § 1915(a)(1).

Here, the Plaintiff has filed an Application which fails to include all of the information that the Court requires. It is, therefore, denied without prejudice for

Plaintiff to either pay the filing fee or file a long form application that adequately explains his inability to pay the costs of these proceedings.

**IT IS, THEREFORE, ORDERED** that:

1. Plaintiff's "Motion Application to Proceed In Forma Pauperis" [Doc. 3] is **DENIED** without prejudice to pay the filing fee or file a long form application within **twenty-one (21) days** of this Order.

2. If Plaintiff fails to comply with this Order, the Complaint will be dismissed without prejudice and this case will be closed without further notice.

The Clerk is respectfully instructed to mail the Plaintiff an IFP Long Form and a copy of this Order.

**SO ORDERED.**

Signed: September 15, 2026

Matthew E. Orso
United States District Judge