UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:26-cv-00234-MEO

| | | |
|---|---|---|
| **WARREN R. NEWELL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **SWAIN COUNTY SHERIFF OFFICE, et al.,** | ) | |
| | ) | **ORDER** |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER** is before the Court sua sponte.

The pro se Plaintiff filed this civil rights action while he was incarcerated at the Laurel County Correctional Center in London, Kentucky. [Doc. 1]. The Court informed the Plaintiff when this action was opened that "[i]t is the Plaintiff's responsibility to keep the Court advised of his/her current address at all times" by filing a Notice of Change of Address with the Clerk of Court. [Standing Order of Instructions]. The Plaintiff was cautioned that, "[i]f the Plaintiff's address changes and no Notice is promptly filed with the Clerk of Court, the case may be dismissed for lack of prosecution." [Id.].

The Plaintiff filed an Application to proceed in forma pauperis. [Doc. 3]. On September 17, 2026, the Court denied the Application without prejudice and ordered the Plaintiff to pay the filing fee, or to file a long form application, within 21 days. [Doc. 5]. The Court cautioned the Plaintiff that, "[i]f Plaintiff fails to comply with this Order, the Complaint will be dismissed without prejudice and this case will be closed

without further notice." [Id. at 2]. The Clerk mailed the September 17 Order to the Plaintiff at his address of record that same day.

On September 29, 2026, the September 17 Order was returned as undeliverable. [Doc. 6 (envelope stamped "RETURN TO SENDER; NOT DELIVERABLE AS ADDRESSED; UNABLE TO FORWARD")]. The Court entered a Text-Only Notice requiring the Plaintiff to update his address within 14 days that same day. The Notice cautioned the Plaintiff that failure to comply "may result in the dismissal of the pro se plaintiff['s] action…." [Sept. 29, 2026 Notice]. The Clerk mailed copy of the Text-Only Notice and another copy of the September 17 Order to the Plaintiff at his address of record.

On October 20, 2026, the September 29 mailing was returned to the Court as undeliverable. [Doc. 7 (envelope stamped "INMATE NO LONGER HERE; RETURN TO SENDER")].

The Plaintiff has not paid the filing fee, amended his Application to proceed in forma pauperis, or changed his address with the Court, and the time to do so has expired. He appears to have abandoned this action and the Court is unable to proceed. This case will therefore be dismissed without prejudice. See Fed. R. Civ. P. 41(b) ("If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it."); Link v. Wabash R.R. Co., 370 U.S. 626, 630-33 (1962) (although Rule 41(b) does not expressly provide for sua sponte dismissal, Rule 41(b) does not imply any such restriction and a court has the inherent power to dismiss a case for lack of prosecution or violation of a court

order).

**IT IS, THEREFORE, ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE.**

The Clerk is respectfully instructed to enter a Clerk's Judgment and close this case.

**SO ORDERED**.

Signed: October 20, 2026

Matthew E. Orso
United States District Judge